IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN HAMILTON,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)  Civil Action No. 05-51 Erie<br>)<br>)<br>)<br>)<br>) |

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on February 7, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 13], filed on January 9, 2006, recommended that Defendant's motion to dismiss [Doc. No. 10] be granted.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Plaintiff by certified mail and on Defendant.  No objections were filed.  After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of January, 2006;

IT IS HEREBY ORDERED that the Defendant's motion to dismiss [Doc. No. 10] is GRANTED.

The Report and Recommendation [Doc. No. 13] of Magistrate Judge Baxter, filed on January 9, 2006, is adopted as the opinion of the Court.

                                                            s/   Sean J. McLaughlin<br>                                                               United States District Judge

cm:    All parties of record<br>         Susan Paradise Baxter, U.S. Magistrate Judge